# UNITED STATES DISTRICT COURT
**District of Kansas**
(Wichita Docket)

SEALED

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**FILED UNDER SEAL**

**v.**

**CASE NO.** 26-CR-10005-EFM

**ADAM T. UMSTEAD,**

**Defendant.**

# SEALED INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**Distribution of Child Pornography**
**[18 U.S.C. § 2252A(a)(2)]**

On or about March 13, 2025, in the District of Kansas, the defendant,

**ADAM T. UMSTEAD,**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate or foreign commerce, to wit, using a Kik account via the internet, and did so in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

January 28, 2026 | s/Foreperson
DATE | FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Jason W. Hart
JASON W. HART
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: jason.hart2@usdoj.gov
Ks. S. Ct. No. 20276

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Counts 1 – Distribution of Child Pornography**

- Punishable by a term of imprisonment of not less than five (5) years but not more than twenty (20) years. If such person has a prior conviction under section 1591, chapter 71, chapter 109A, chapter 110, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, the term of imprisonment shall be for not less than fifteen (15) years nor more than forty (40) years. 18 U.S.C. § 2252A(b)(1).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- An additional assessment of not more than $35,000.00. 18 U.S.C. § 2259A(a)(2).

- Forfeiture. 18 U.S.C. §2253(a).

- Restitution. 18 U.S.C. §2259.